AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: <br> 7:23-mj-38 | Date and time warrant executed: <br> 04/06/2023 4:42 PM | Copy of warrant and inventory left with: <br> On file with USPIS |
| Inventory made in the presence of : <br> Inspector Barrett and Inspector McCafferty | | |
| Inventory of the property taken and name(s) of any person(s) seized: <br><br> 1. Approximately 2855g of THC edibles <br><br> 2. United States Postal Service Priority Mail Parcel bearing tracking number "9505 5150 6991 3094 1528 43" | | |

**Received in Chambers**
By Reliable Electronic Means

April 10, 2023

**Hon. Robert S. Ballou**
**United States District Judge**

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 04/10/2023

*Michael J. Barrett*
*Executing officer's signature*

Michael J. Barrett, United States Postal Inspector
*Printed name and title*